# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEREMY MICHAEL ANTHONY, | : No. 36 WM 2015 |
| Petitioner | : |
| v. | : |
| BRENDA L. TRITT, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for Special Relief in the Form of Injunction are **DENIED**.